UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

ESPERENZA ELLIS, INDIVIDUALLY AND
AS NEXT FRIEND AND GUARDIAN OF
BABY S.O.D., ON BEHALF OF
THEMSELVES AND ALL OTHERS
SIMILARLY SITUATED

        CIVIL ACTION NO. 1:19-op-45464
        MDL NO. 1:17-md-02804

    Plaintiff,

-vs-        O R D E R

MCKESSON CORPORATION; CARDINAL
HEALTH, INC.;
AMERISCOURCEBERGEN
CORPORATION, ET AL

    Defendant,

In light of the failure by Plaintiff or Plaintiff's guardian to provide to the Court notice of replacement counsel, this action is DISMISSED without prejudice.

IT IS ORDERED.

Date: August 20 , 2025

*s/Dan Aaron Polster*
Dan Aaron Polster
United States District Judge